AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
### for the
### Central District of California



| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>2832 West Avenue K8, Apartment 20<br>Lancaster, California 93536 | )<br>)<br>) Case No.  2:17-MJ-2271<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the        Central        District of        California       
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before    14 days from the date of its issuance   
                                                                                           *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for         days *(not to exceed 30).*
                                ☐ until, the facts justifying, the later specific date of                                   .

Date and time issued:  9\11\17 — 11:15 a.m.          _____
                                                                                              *Judge's signature*

City and state:   Los Angeles, CA              Hon. Paul Abrams, United States Magistrate Judge
                                                                           *Printed name and title*

AUSA: J. Curtis x10298

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.: 2:17-MJ-2271 | Date and time warrant executed: 9-11-2017, 2:00 pm | Copy of warrant and inventory left with: Antoinette St. John |
| Inventory made in the presence of: Antoinette St. John | | |

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

Please see the two attached FBI Receipts for Property Seized, FD-597 Forms, detailing the items seized during the execution of the search warrant. Antoinette St. John signed both FD-597s after inspecting the items being seized.

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 9-11-2017

*Executing officer's signature*

Sean Sterle, FBI Special Agent
*Printed name and title*

AUSA: J. Curtis x10298

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 91A-LA-2185402

On (date) Sept. 11, 2017

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Antoinette St. John
(Street Address) 2832 West Avenue K-8 Unit 20
(City) Lancaster, CA

Description of Item(s): FROM ROOM E:
- One plastic bag of miscellaneous paperwork and St. John's U.S. Prob card
- One Metro PCS phone box, S/N: 706VTZC-734069
- Black/white/Gray Air Jordans

FROM ROOM D:
- One plastic bag full of blue latex gloves

FROM Room Room A:
- Paperwork from PRIOR LAPD case

Received By: (Signature)
Received From: (Signature) #15007
SA Sean Sterle

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 91A-LA-2185402

On (date) 9/11/17

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Antoinette St. John
(Street Address) 2832 West Ave K8 #20 Lancaster CA
(City) Lancaster, CA

Description of Item(s):

FROM ROOM B:
- BLACK HP LAPTOP S/N 5CD7187PLV MODEL 15-1387WM

FROM ROOM A:
- SILVER COLORED LG PHONE S/N 703CYDG2337
  IMEI - 357588-08-233722-4

Received By: _____(Signature)_____
Received From: _____(Signature)_____
SA Sean Sterle